JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RANDOLPH SMITH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MONA D. HOUSTON, Warden,<br><br>　　　　　Respondent. | Case No. 2:20-cv-02641-JGB (AFM)<br><br>**JUDGMENT** |

　　　This matter came before the Court on the Petition of DAVID RANDOLPH SMITH, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that Grounds One through Four of the Petition are dismissed with prejudice and Ground Five of the Petition is dismissed for lack of jurisdiction.

DATED:  September 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE